IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| MONMOUTH COUNTY,<br><br>    Plaintiff,<br><br>  v.<br><br>PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC (n/k/a JANSSEN PHARMACEUTICALS, INC.); ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC (f/k/a ACTAVIS PLS); ACTAVIS, INC. (f/k/a WATSON PHARMACEUTICALS, INC.); WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. (f/k/a WATSON PHARMA, INC.); INSYS THERAPEUTICS, INC. MALLINCKRODT PLC; MALLINCKRODT LLC; ABBVIE INC.; ABBOTT LABORATORIES; ABBVIE PRODUCTS LLC (f/k/a SOLVAY PHARMACEUTICALS, INC.); AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; AND MCKESSON CORPORATION;<br><br>    Defendants. | Case No.: 3:18-cv-10901<br><br>Civil Action<br><br>**STIPULATION AND ORDER**<br><br>*Document Electronically Filed* |

  Plaintiff County of Monmouth ("Plaintiff") and Defendants Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company Inc.; Teva Pharmaceutical Industries, Ltd.;[1] Teva

---

[1] While Plaintiff contends that service has been effectuated and personal jurisdiction lies, Teva Pharmaceutical Industries, Ltd, an Israeli corporation, disputes that it has been served, but joins this stipulation out of an abundance

Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Insys Therapeutics, Inc.; Mallinckrodt plc[2]; Mallinckrodt LLC, AbbVie Inc., Abbott Laboratories; AbbVie Products LLC (f/k/a Solvay Pharmaceuticals, Inc.), (jointly, "Manufacturer Defendants"), by and through the undersigned counsel, hereby submit this Stipulation and Order and state as follows:

   **WHEREAS** on May 15, 2018, Plaintiff commenced this action by filing the Complaint in the Superior Court of New Jersey, Middlesex County;

   **WHEREAS** on June 21, 2018, McKesson Corporation, with the consent of all properly joined and served defendants removed this case to the United States District Court for the District of New Jersey;

   **WHEREAS** on June 22, 2018, this case was identified as a possible tag-along action to the multidistrict litigation in *In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio) ("MDL Proceeding");

   **WHEREAS** on June 27, 2018, this case was conditionally transferred by the Judicial Panel on Multidistrict Litigation ("JPML") to the MDL Proceeding pursuant to CTO 42;

   **WHEREAS** the time for the Manufacturer Defendants to respond to the Complaint has not yet elapsed;

   **WHEREAS** good cause exists to enlarge the time for the Manufacturer Defendants to respond to the Complaint: Plaintiff's time to file a motion to remand this case to state court has

---

of caution, and expressly reserves all defenses, including those related to personal jurisdiction and service of process.

[2] While Plaintiff contends that service has been effectuated and personal jurisdiction lies, Mallinckrodt plc, an Irish public limited company, disputes that it has been served, but joins this stipulation out of an abundance of caution and expressly reserves all defenses, including those related to personal jurisdiction and service of process.

not yet expired, and given the uncertainty as to where this case will proceed (i.e., in the District of New Jersey, the MDL Proceeding, or the Superior Court of New Jersey), and to conserve resources pending this determination, the Manufacturer Defendants have requested, and Plaintiff has consented, to a short extension of time for the Manufacturer Defendants to answer, move, plead, or otherwise respond to Plaintiff's Complaint at this time;

**WHEREAS** this Stipulation and Order is without prejudice to any position of any party with regard to removal, remand, or transfer.

**THEREFORE IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and the undersigned counsel for the Manufacturer Defendants, that the Manufacturer Defendants, without waiver of any defenses, shall have through and including thirty-five (35) days after the later of (1) this Court's ruling on any motion to remand, should Plaintiff file one, or (2) the JPML's final decision regarding whether to transfer this case to the MDL, to move, answer, or otherwise respond to the Complaint.

**SO ORDERED**, this _____ day of _____, 2018

_____
Hon. Douglas E. Arpert, U.S.M.J.

Stipulated as to entry and form:

Date: June 28, 2018

/s/ John E. Keefe, Jr.
John E. Keefe, Jr. (# 034081990)
Jessica S. Allen (# 022471996)
KEEFE LAW FIRM
125 Half Mile Road, Suite 100
Red Bank, New Jersey 07701
(732) 224-9400

and

Allan Kanner, Esq. (# 033981980)
Conlee S. Whiteley, Esq.*
Allison S. Brouk, Esq.*
Caitrin A. Reilly, Esq.*
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, Louisiana 70130
(*_to seek Pro Hac Vice admission_)


*Attorneys for Plaintiff Monmouth County*

/s/ Stephen C. Matthews
Stephen C. Matthews, Esq. (# 055801994)
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
(973) 520-2541
stephen.matthews@dlapiper.com

Mark S. Cheffo*
Hayden A. Coleman*
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599
markcheffo@dechert.com
haydencoleman@dechert.com

*\* denotes national counsel who will seek pro hac vice admission*

*Attorneys for Purdue Pharma L.P.; Purdue Pharma Inc.; and The Purdue Frederick Company, Inc.*

/s/ Harvey Bartle
Harvey Bartle, IV, Esq. (# 028792003)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540-6241
T: (609) 919-6685
F: (609) 919-6701
harvey.bartle@morganlewis.com

Steven A. Reed*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
steven.reed@morganlewis.com

Brian M. Ercole (# 038692003)
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
brian.ercole@morganlewis.com

*denotes national counsel who will seek pro hac vice admission*

*Attorneys for Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Watson Laboratories, Inc.; Actavis LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

/s/ Eric T. Kanefsky
Eric T. Kanefsky  (# 024292002)
Martin B. Gandelman
Calcagni & Kanefsky, LLP
One Newark Center
1085 Raymond Boulevard, 14th Floor
Newark, New Jersey 07102
T. (862) 397-1796
F. (862) 902-5458


Charles C. Lifland*
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com

*denotes national counsel who will seek pro hac vice admission*

*Attorneys for Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*


/s/  Thomas J. Herten
Thomas J. Herten (# 004491974)
Nicole G. McDonough (NM5221)
ARCHER & GREINER P.C.
21 Main Street – Suite 353
Court Plaza South – West Wing
Hackensack, NJ 07601
T: (201) 342-6000
F: (201) 342-6611
therten@archerlaw.com
nmcdonough@archerlaw.com

*Attorney for Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

*/s/*  Benjamin R. Wilson
Benjamin R. Wilson (NJ I.D. No. 030822009)
HOLLAND & KNIGHT LLP
31 West 52nd Street
12th Floor
New York, NY 10019
Telephone: 212.513.3200
Facsimile: 212.385.9010
benjamin.wilson@hklaw.com

J. Matthew Donohue* (Trial Attorney)
Joseph L. Franco*
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Facsimile: 503.241.8014
matt.donohue@hklaw.com
joe.franco@hklaw.com

*\* denotes national counsel who will seek pro hac vice admission*

*Attorneys for Insys Therapeutics, Inc.*

*/s/*  Brien T. O'Connor
Brien T. O'Connor*
Andrew J. O'Connor*
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 235-4650
Brien.O'Connor@ropesgray.com
Andrew.O'Connor@ropesgray.com

*\* denotes national counsel who will seek pro hac vice admission*

*Attorneys for Mallinckrodt plc and Mallinckrodt LLC*

7

/s/ John Laurens Wilkes
John Laurens Wilkes*
JONES DAY
717 Texas
Suite 3300
Houston, TX 77002
832-239-3796
Fax: 832-239-3600
Email: jlwilkes@jonesday.com

*denotes national counsel who will seek pro hac vice admission*

*Attorneys for AbbVie Inc. and AbbVie Products LLC (f/k/a Solvay Pharmaceuticals, Inc.*


/s/ Patrick J. Boyle
Patrick J. Boyle (# 036081997)
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
T: (212) 808-5678
F: (212) 307-5598

John A. McCauley*
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
T:  (410) 244-7655
F:  (410) 244-7742
jmccauley@venable.com

* denotes national counsel who will seek pro hac vice admission

*Attorneys for Abbott Laboratories and Abbott Laboratories, Inc.*

EAST\157358162.3